1  DANIEL MALAKAUSKAS, *Cal. Bar No.: 265903*
   MALAKAUSKAS LAW, APC
2  7345 South Durango Drive, Suite B-107-240
   Las Vegas NV 89113
3  Tel: 866-790-2242 / Fax: 888-802-2440
   daniel@malakauskas.com
4
5  *Attorney for Plaintiff:* **Meryl Pomponio**

*IT IS SO ORDERED*
Judge Yvonne Gonzalez Rogers
3/23/2021

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **MERYL POMPONIO**, <br><br> Plaintiff, <br><br> v. <br><br> **WALGREEN CO.**, as an entity and doing business as "Walgreens 6101", **BETTY BURTON BOSC, GISELLE BOSC**, and **DOES** 1-50, Inclusive, <br><br> Defendants. | Case No.: **4:20-cv-09353-YGR** <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** <br><br> [Fed. R. Civ. P. 41] |

**PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be and is hereby dismissed in its entirety, against all defendants, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).

Date: March 18th, 2021

/s/ Daniel Malakauskas
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,
Attorney for Plaintiff